IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| VS. | : | |
| | : | **NO: 01-379** |
| **HECTOR SANTIAGO** | : | |

**<u>ORDER</u>**

**AND NOW**, on this **29th** day of **January, 2019**, after being advised that the Defendant is no longer incarcerated, it is hereby **ORDERED** that Defendant Hector Santiago's motion for reduction of sentence pursuant to 18 USC § 3582(c)(2) and Amendment 782 (ECF #99) is **DISMISSED** as moot.

**IT IS SO ORDERED.**

                                                 s/Eduardo C. Robreno
                                                 **EDUARDO C. ROBRENO, J.**

1/29/19 mailed by Chambers:
    Pro Se H. Santiago